**DISMISSED; Opinion Filed January 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01003-CV

**THOMAS CLYDE DAVIS, Appellant**
**V.**
**TERIE LERLENE DAVIS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19393**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen III
Opinion by Justice Partida-Kipness

Before the Court is appellant's December 9, 2019 "Motion to Withdraw Appeal."

Appellant no longer wishes to pursue this appeal because appellee declared bankruptcy during the

course of this proceeding.

We **GRANT** appellant's motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181003F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THOMAS CLYDE DAVIS, Appellant

No. 05-18-01003-CV      V.

TERIE LERLENE DAVIS, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-19393.
Opinion delivered by Justice Partida-Kipness. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TERIE LERLENE DAVIS recover her costs of this appeal from appellant THOMAS CLYDE DAVIS.

Judgment entered this 3rd day of January, 2020.